**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:       Leonard Jones,                     : Chapter 13
                        Debtor                  : Case No. 21-12428-elf

**PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION**

TO THE CLERK:

Kindly mark the Objection to Confirmation filed by the Delaware County Tax Claim Bureau at docket number 19 on October 25, 2021 as **WITHDRAWN**.

Respectfully submitted:

**MICHAEL F. X. GILLIN & ASSOCIATES, PC**

**Dated: 10/27/2021**          /s/ Stephen V. Bottiglieri
Stephen V. Bottiglieri, Esquire
Attorney for the Delaware County
Tax Claim Bureau
230 N. Monroe Street
Media, PA 19063
P (610) 565-2211
F (610) 565-1846
sbottiglieri@gillinlawoffice.com