United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12428-elf |
| Leonard Jones | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 22, 2021 | Form ID: 155 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Leonard Jones, 816 Church Ln,, Lansdowne, PA 19050-3604 |
| 14634085 | + | 1st Keystone Fed S & L, 22 W State St, Media, PA 19063-3311 |
| 14634087 | + | 1st Ntl Bk Of Chester, 9 N High St, West Chester, PA 19380-3002 |
| 14634088 | + | 5th/3rd Bank/sponsored, 5050 Kingsley Dr # Md1Mo, Cincinnati, OH 45227-1115 |
| 14634089 | + | A-1 Collections Svc, 101 Grovers Mill Rd Ste, Lawrenceville, NJ 08648-4706 |
| 14634096 | | ABC Bail Bonds, 434 Dr. Martin Luther King Blvd, Camden, NJ 08105 |
| 14634100 | + | ABN-AMRO Mortgage, 2600 W Big Beaver Rd, Troy, MI 48084-3309 |
| 14634090 | + | Aa/cbsd, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14634093 | + | Aaron Sales & Lease Ow, Attn: Bankruptcy 2800 Canton Road, Marietta, GA 30066-5471 |
| 14634095 | + | Aarow Financial Services (original Credi, 5996 W Touhy Ave, Niles, IL 60714-4610 |
| 14634101 | | Acs/dept Of Ed, C/O Acs, Utica, NY 13501 |
| 14649369 | + | Borough of Yeadon, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14649370 | + | Borough of Yeadon, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14634102 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, CAINE & WEINER, PO Box 55848, Van Nuys, CA 91411 |
| 14634103 | | Delaware County Tax Claim, Self Tax Collection, Govt Center, 201 W, Media, PA 19063 |
| 14641210 | + | Delaware County Tax Claim Bureau, c/o Stephen V. Bottiglieri, Esquire, 230 N. Monroe Street, Media, PA 19063-2908 |
| 14634949 | + | Deutsche Bank National Trust Company, as Trustee,, c/o Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14649479 | | Deutsche Bank National Trust Company, at. El, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14634106 | + | PHFA-Hemap, pob 2461, Harrisburg, PA 17105-2461 |
| 14634107 | + | select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14634084 | + | Email/Text: bankruptcynotice@1fbusa.com | Dec 22 2021 23:38:00 | 1st Financial Bk Usa, 363 W Anchor Dr, North Sioux Ci, SD 57049-5154 |
| 14634092 | + | Email/Text: aargon@ebn.phinsolutions.com | Dec 22 2021 23:38:00 | Aargon Collection Agency, 3025 West Sahara Ave, Las Vegas, NV 89102-6094 |
| 14634094 | + | Email/Text: bankruptcynotices@aarons.com | Dec 22 2021 23:38:00 | Aarons Sales & Lease Ownership, 2300 W Passyunk Ave, Philadelphia, PA 19145-4123 |
| 14634097 | + | Email/Text: mnapoletano@ars-llc.biz | Dec 22 2021 23:38:00 | Ability Recovery Servi, PO Box 4031, Wyoming, PA 18644-0031 |
| 14634091 | | Email/Text: BankruptcyNotices@aafes.com | Dec 22 2021 23:38:00 | AAFES, POB 650038, Dallas, TX 75265 |
| 14641013 | + | Email/Text: duffyk@co.delaware.pa.us | Dec 22 2021 23:38:00 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| 14634104 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 22 2021 23:38:00 | Jefferson Capital, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 14637976 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 22, 2021 | Form ID: 155 | Total Noticed: 29 |

| | | | Dec 22 2021 23:45:23 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
|---|---|---|---|---|
| 14634105 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 22 2021 23:45:24 | Merrick Bank, pob 9201, Old Bethpage, NY 11804-9001 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14634086 | | 1st Keystone Fed Sav |
| 14634098 | | Abington Bank |
| 14634099 | | Abn Amro Mortgage Grou |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Yeadon jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAWRENCE S. RUBIN | on behalf of Debtor Leonard Jones echo@pennlawyer.com foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2 bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Delaware County Tax Claim Bureau steve@bottiglierilaw.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Leonard Jones
      Debtor(s)

Chapter: 13

Bankruptcy No: 21−12428−elf

---

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 21st day of December, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                            Eric L. Frank
                                            Judge ,
                                            United States Bankruptcy Court