**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** Leonard Jones | : | **Chapter 13** |
| | : | |
| **Debtor** | : | **Bky. No. 21-12428  ELF** |

# O R D E R

**AND NOW,** upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim **(Claim No. 4)** filed by Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2;

**AND**, the court concluding that the subject Proof of Claim (including attachments) **(Claim No. 4)** fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to **Claim No. 4 on the Claims Register forthwith**.

3. Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2 shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before January 21, 2022**.

**Date:** _____

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**