**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Leonard Jones,** | : | Case No. 21-12428-elf |
| | : | |
| **Debtor** | : | |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE THAT the undersigned counsel hereby enters an appearance on behalf of creditor **Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset Backed Certificates, Series 2005-2**, and requests that all notices given or required to be given, and papers served or required to be served in this case be given to or served upon:

Nicholas F. Borsuk
Pa. I.D. No. 316297
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219
(412) 566-5964
nborsuk@eckertseamans.com

Dated:  August 22, 2022               Respectfully submitted,

*/s/ Nicholas F. Borsuk*
Nicholas F. Borsuk
Pa. I.D. No. 316297
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219
(412) 566-5964
nborsuk@eckertseamans.com
*Counsel for Deutsche Bank National Trust*
*Company, as Trustee, in trust for registered*
*Holders of Long Beach Mortgage Loan Trust 2005-*
*2, Asset Backed Certificates, Series 2005-2*

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2022, a true and correct copy of the foregoing *Notice of Appearance* was filed with the Court using the CM/ECF system and served on the below parties in the following manner:

***Via First Class Mail***
Leonard Jones
816 Church Lane
Lansdowne, PA 19050

***Via Electronic Notice***

Kenneth West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Stephen V. Bottiglieri, Esquire
230 N. Monroe Street
Media, PA 19063

Lawrence S. Rubin, Esquire
337 West State Street
Media, PA 19063

James R. Wood, Esquire
Portnoff Law Associates, Ltd.
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406

 

        */s/ Nicholas F. Borsuk*
        Nicholas F. Borsuk