# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 21-12428-ELF

LEONARD  JONES

816 CHURCH LN.

LANSDOWNE, PA 19050

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

LEONARD  JONES

816 CHURCH LN.

LANSDOWNE, PA 19050

Counsel for debtor(s), by electronic notice only.

LAWRENCE S. RUBIN , ESQUIRE
337 WEST STATE STREET

MEDIA, PA 19063-

Date: 10/25/2022

/S/ Kenneth E. West
_____

Kenneth E. West, Esquire
Chapter 13 Standing Trustee