**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 13 |
|  | : |  |
| Leonard Jones, | : | Case No. 21-12428-elf |
|  | : |  |
| Debtor | : | Response Deadline: March 24, 2023 |
|  | : |  |
|  | : | Hearing Date: April 4, 2023 |
|  | : | Hearing Time: 11:00 a.m. |

**NOTICE OF MOTION FOR RELIEF
FROM STAY, RESPONSE DEADLINE, AND HEARING DATE**

Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset Backed Certificates, Series 2005-2 (the "Trust"), c/o Select Portfolio Servicing, Inc. ("SPS"), as servicing agent and attorney-in-fact for the Trust (collectively, the Trust and SPS are the "Movant"), filed a Motion for Relief from the Automatic Stay pursuant to Section 362.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your reviews on the motion, then on or before March 23, 2023

    (a)    file an answer explaining your position at:

Clerk, U.S. Bankruptcy Court, Eastern District of Pennsylvania, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 400, Philadelphia, PA 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorney at:

Nicholas F. Borsuk, Esquire, Eckert Seamans Cherin & Mellott, LLC, 600 Grant Street, 44th Floor, Pittsburgh, PA 15219; (412) 566-2016 phone; (412) 566-6999 fax; nborsuk@eckertseamans.com

    (c)    mail a copy to the following interested parties, if any:

Kenneth West, U.S. Trustee, 1234 Market Street – Suite 1813, Philadelphia, PA 19107

2.	If you or your attorney do not take the steps described in paragraphs above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.	A hearing on the motion is scheduled to be held before the Honorable Patricia M. Mayer on **Tuesday, April 4, 2023 at 11:00 a.m.,** in Bankruptcy Court, Eastern District of Pennsylvania, Robert N.C. Nix, Sr. Federal Courthouse, 900 Market Street, Suite 204, Philadelphia, PA 19107, or by telephone as ordered by the Court.

4.	If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy of the movant's attorney listed in paragraph 1(b).

5.	You may contact the Bankruptcy Clerk's office at (215) 408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date:  March 10, 2023