UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Leonard Jones  :  Bky. No. 21-12428-elf

    Debtors  :  Chapter 13

OBJECTION TO DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 005-2, ASSET BACKED CERTIFICATES, SERIES 2005-2, MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PURSUE LITIGATION

    Debtor objects to the relief requested and requests a hearing before the court on the above motion.

    s/Lawrence Rubin
    Lawrence S. Rubin, Esquire
    Lrubin@pennlawyer.com
    Attorney for debtor
    337 W State Street
    Media, PA 19063-2615
    (610) 565-6660

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com