**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Leonard Jones, | : | Case No. 21-12428-amc |
| | : | |
| Debtor | : | |

### PRAECIPE TO WITHDRAW PROPOSED ORDER AS TO NO. 46

Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset Backed Certificates, Series 2005-2 (the "Trust"), c/o Select Portfolio Servicing, Inc. ("SPS"), as servicing agent and attorney-in-fact for the Trust, respectfully requests that the Court withdraw the Proposed Order of the Motion for Relief from Stay – Docket No. 46 – as the Trust and Debtor have reached agreement on language contained within the Proposed Consent Order which will be filed simultaneously filed herewith.

Dated: March 23, 2023            Respectfully submitted,

/s/ Nicholas F. Borsuk
Nicholas F. Borsuk
Pa. I.D. No. 316297
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA  15219
(412) 566-2016
nborsuk@eckertseamans.com
*Counsel for Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset Backed Certificates, Series 2005-2*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2023, a true and correct copy of the foregoing *Creditor's, Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset Backed Certificates, Series 2005-2, Praecipe to Withdraw Proposed Order as to Docket No. 46* was filed with the Court using the CM/ECF system and served on the below parties in the following manner:

***Via First Class Mail***
Leonard Jones
816 Church Lane
Lansdowne, PA 19050

***Via Electronic Notice***

Kenneth West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106

Stephen V. Bottiglieri, Esquire
230 N. Monroe Street
Media, PA 19063

Lawrence S. Rubin, Esquire
337 West State Street
Media, PA 19063

James R. Wood, Esquire
Portnoff Law Associates, Ltd.
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406

                          */s/ Nicholas F. Borsuk*
                             Nicholas F. Borsuk