UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Leonard Jones  :  Bky. No. 21-12428-AMC

Debtors  :  Chapter 13

WITHDRAWAL OF OBJECTION TO DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 005-2, ASSET BACKED CERTIFICATES, SERIES 2005-2, MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO PURSUE LITIGATION

This matter has settled,  Debtor withdraws his previous objection to objects to the relief requested by DEUTSCHE BANK .

          s/Lawrence Rubin
          Lawrence S.  Rubin, Esquire
          Lrubin@pennlawyer.com
          Attorney for debtor
          337 W State Street
          Media, PA 19063-2615
          (610) 565-6660

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com