# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Leonard Jones, | : | Case No. 21-12428-amc |
| Debtor | : | |

## CERTIFICATE OF NO OBJECTION/RESPONSE
## REGARDING MOTION FOR RELIEF FROM STAY, DOCKET NO. 46

The undersigned hereby certifies that, as of March 27, 2023, Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset Backed Certificates, Series 2005-2, has received no answer, objection, or other responsive pleading to the Motion for Relief from Stay, Docket No. 46, filed on March 10, 2023. The undersigned certifies that I have reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Motion for Relief appear thereon. Pursuant to the Notice of Motion for Relief from Stay, Response Deadline, and Hearing Date, objections to the Motion for Relief from Stay were to be filed and served no later than March 27, 2023.

It is hereby respectfully requested that the Consent Order, found at Docket No. 52, relating to the Motion for Relief from Stay, be entered at the earliest convenience.

Dated: March 13, 2023 　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Nicholas F. Borsuk*
　　　　　　　　　　　　　　　　　　　　Nicholas F. Borsuk
　　　　　　　　　　　　　　　　　　　　Pa. I.D. No. 316297
　　　　　　　　　　　　　　　　　　　　Eckert Seamans Cherin & Mellott, LLC
　　　　　　　　　　　　　　　　　　　　600 Grant Street, 44th Floor
　　　　　　　　　　　　　　　　　　　　Pittsburgh, PA  15219
　　　　　　　　　　　　　　　　　　　　(412) 566-2016
　　　　　　　　　　　　　　　　　　　　nborsuk@eckertseamans.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Deutsche Bank National Trust*
　　　　　　　　　　　　　　　　　　　　*Company, as Trustee, in trust for registered*
　　　　　　　　　　　　　　　　　　　　*Holders of Long Beach Mortgage Loan Trust 2005-*
　　　　　　　　　　　　　　　　　　　　*2, Asset Backed Certificates, Series 2005-2*

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2023, a true and correct copy of the foregoing *Certification of No Objection/Response Regarding Motion for Relief from Stay, Docket No. 46* was filed with the Court using the CM/ECF system and served on the below parties in the following manner:

***Via First Class Mail***
Leonard Jones
816 Church Lane
Lansdowne, PA 19050

***Via Electronic Notice***

Kenneth West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106

Stephen V. Bottiglieri, Esquire
230 N. Monroe Street
Media, PA 19063

Lawrence S. Rubin, Esquire
337 West State Street
Media, PA  19063

James R. Wood, Esquire
Portnoff Law Associates, Ltd.
2700 Horizon Drive, Suite 100
King of Prussia, PA 19406

*/s/ Nicholas F. Borsuk*
Nicholas F. Borsuk