IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In re: | : | Chapter 13 |
|  | : |  |
| Leonard Jones, | : | Case No. 21-12428- AMC |
|  | : |  |
| Debtor | : | Response Deadline: March 27, 2023 |
|  | : |  |
|  | : | Hearing Date: April 4, 2023 |
|  | : | Hearing Time: 11:00 a.m. |

**CONSENT ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO 816 CHURCH LANE, YEADON, PENNSYLVANIA**

AND NOW, upon consideration of the Motion for Relief From the Automatic Stay to Pursue Litigation with respect to 816 Church Lane, Yeadon, Pennsylvania 19050 (the "Motion") filed by Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset Backed Certificates, Series 2005-2 (the "Trust") and any response thereto, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**; and it is further

**ORDERED,** that there is no stay applicable to 816 Church Lane, Yeadon, Pennsylvania 19050 and Mortgage for the limited purpose of taking any and all actions necessary, including the commencement of suit in state court, to strike the erroneously recorded Release and reinstatement the Mortgage to its first lien position encumbering 816 Church Lane, Yeadon, Pennsylvania 19050. The effect of this Order is immediate.

It is further **OREDERED** that this order shall not affect the automatic stay as it relates to any action to collect funds from, or to commence, or continue a foreclosure against the debtor's real estate aside. Nothing in this order shall impair this creditor from receiving any sum under

the debtor's Chapter 13 Plan or being treated thereunder. Any further relief requested by the creditor shall be by separate motion based upon new evidence.

Dated: ___April 4th___, 2023

Ashely M. Chan
United States Bankruptcy Judge