United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12428-amc |
| Leonard Jones | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 04, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2023:**

**Recip ID     Recipient Name and Address**
db              + Leonard Jones, 816 Church Ln,, Lansdowne, PA 19050-3604

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2023            Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2023 at the address(es) listed below:**

**Name                           Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Borough of Yeadon jwood@portnoffonline.com jwood@ecf.inforuptcy.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

LAWRENCE S. RUBIN
    on behalf of Debtor Leonard Jones echo@pennlawyer.com  foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com

NICHOLAS FRANCIS BORSUK
    on behalf of Creditor Deutsche Bank National Trust Company  as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2 nborsuk@eckertseamans.com

STEPHEN VINCENT BOTTIGLIERI

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 04, 2023 | Form ID: pdf900 | Total Noticed: 1

on behalf of Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

#### IN THE UNITED STATES BANKRUPTCY COURT
#### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Leonard Jones, | : | Case No. 21-12428- AMC |
| | : | |
| Debtor | : | Response Deadline: March 27, 2023 |
| | : | |
| | : | Hearing Date: April 4, 2023 |
| _____ | : | Hearing Time: 11:00 a.m. |

**CONSENT ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY WITH RESPECT TO 816 CHURCH LANE, YEADON, PENNSYLVANIA**

AND NOW, upon consideration of the Motion for Relief From the Automatic Stay to Pursue Litigation with respect to 816 Church Lane, Yeadon, Pennsylvania 19050 (the "Motion") filed by Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset Backed Certificates, Series 2005-2 (the "Trust") and any response thereto, it is hereby **ORDERED** and **DECREED** that the Motion is **GRANTED**; and it is further

**ORDERED,** that there is no stay applicable to 816 Church Lane, Yeadon, Pennsylvania 19050 and Mortgage for the limited purpose of taking any and all actions necessary, including the commencement of suit in state court, to strike the erroneously recorded Release and reinstatement the Mortgage to its first lien position encumbering 816 Church Lane, Yeadon, Pennsylvania 19050. The effect of this Order is immediate.

It is further **OREDERED** that this order shall not affect the automatic stay as it relates to any action to collect funds from, or to commence, or continue a foreclosure against the debtor's real estate aside. Nothing in this order shall impair this creditor from receiving any sum under

the debtor's Chapter 13 Plan or being treated thereunder. Any further relief requested by the creditor shall be by separate motion based upon new evidence.

Dated: ___April 4th___, 2023

Ashely M. Chan
United States Bankruptcy Judge