UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Leonard Jones                                : Bky. No. 21-12428-AMC

    Debtors                                       : Chapter 13-amc

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    Lawrence S. Rubin, Esquire has filed a Motion for Post-Confirmation Plan Modification with the court.

    1. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

    2. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before July 29, 2023 you or your attorney must file a response to the Motion. (see below).

    3. A hearing on the Motion is scheduled to be held on 08/01/23 at 10:00 a.m. by telephone. Please call 1-**877-873-8017** access code 3027681. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

    4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

    5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response.

    6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed below.

Filing Instructions

    7. If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

    8. If you are not required to file electronically, you must file your response at

U.S. Bankruptcy Court
Clerk's Office United States Courthouse
900 Market Street
Philadelphia, PA 19107-4295

    9. If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

    10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

Lawrence S. Rubin, Esquire
337 W State Street
Media, PA 19063
610-565-6660
Lrubin@pennlawyer.com

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com