UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Leonard Jones  : Bky. No. 21-12428-AMC

Debtors  : Chapter 13-amc

**Praceipe**

To the Clerk

Please withdraw Doc 60-1 Filed 07/07/23 which was filed in error.

**s/Lawrence S. Rubin, Esquire**
Lawrence S. Rubin, Esquire
Attorney for Debtor
337 West State Street
Media, PA 19063
Phone No: (610) 565-6660

Dated: July 7, 2023

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com