**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Leonard J. Jones, | : Chapter 13 |
| Debtor | : Case No. 21-12428-amc |

# ORDER

**AND NOW**, it is hereby **ORDERED** that the corresponding Stipulation resolving the Motion for Relief filed by the Delaware County Tax Claim Bureau regarding the property known as 816 Church Lane, Lansdowne, Delaware County, Pennsylvania, bearing folio no. 48-00-00970-00, is hereby **APPROVED**.

BY THE COURT:

Dated: August 23, 2023

**ASHELY M. CHAN,**
**UNITED STATES BANKRUPTCY JUDGE**