UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Leonard Jones  : Bky. No. 21-12428-AMC

Debtors  : Chapter 13

**Order**

Upon motion of the debtor and for good cause shown, it is hereby ordered that:

1. Debtors' Motion to Modify Plan is granted.

2. That the debtors' Modified Post-Petition Chapter 13 Plan, filed as Document #62 , is approved by this court.

_____
Ashely M. Chan,
Bankruptcy Judge

Dated:    September 19    , 2023

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com