United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-12428-amc

Leonard Jones  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 19, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Leonard Jones, 816 Church Lane, Lansdowne, PA 19050-3604 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2023 at the address(es) listed below:

**Name**      **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Borough of Yeadon jwood@portnoffonline.com jwood@ecf.inforuptcy.com

KENNETH E. WEST
    ecfemails@ph13trustee.com philaecf@gmail.com

LAWRENCE S. RUBIN
    on behalf of Debtor Leonard Jones echo@pennlawyer.com foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com

NICHOLAS FRANCIS BORSUK
    on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2 nborsuk@eckertseamans.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 19, 2023 | Form ID: pdf900 | Total Noticed: 1 |

STEPHEN VINCENT BOTTIGLIERI
   on behalf of Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com
   ecfnotices@comcast.net;sbottiglieri@toscanigillin.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Leonard Jones  : Bky. No. 21-12428-AMC

Debtors  : Chapter 13

### Order

Upon motion of the debtor and for good cause shown, it is hereby ordered that:

1. Debtors' Motion to Modify Plan is granted.

2. That the debtors' Modified Post-Petition Chapter 13 Plan, filed as Document #62 , is approved by this court.

_____
Ashely M. Chan,
Bankruptcy Judge

Dated:    September 19    , 2023

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com