UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                           CASE NO.: 21-12428-amc
                                                     CHAPTER 13

Leonard Jones,
   Debtor.

_____/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Deutsche Bank National Trust Company, as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC
13010 MORRIS ROAD, SUITE 450
ALPHARETTA, GA 30004**

                                                    Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                    Authorized Agent for Secured Creditor
                                                    130 Clinton Rd #202
                                                    Fairfield, NJ 07004
                                                    Telephone: 470-321-7112

                                                    By: /s/Shellie Labell
                                                        Shellie Labell
                                                        Email: slabell@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on March 13, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

LEONARD JONES
816 CHURCH LANE
LANSDOWNE, PA 19050

And via electronic mail to:

LAWRENCE S. RUBIN, ATTY.
337 WEST STATE STREET
MEDIA, PA 19063-2615

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET SUITE 320
PHILADELPHIA, PA 19107

                                        By: /s/ Amanda Nelson