# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Leonard J. Jones, | : Chapter 13 |
| Debtor | : Case No. 21-12428-amc |

### ORDER

**AND NOW,** upon the filing of a Certification of Default of Stipulation of Settlement by the Moving Party in accordance with the Stipulation of the parties approved by this Court on August 23, 2023, at Doc. 73, it is hereby **ORDERED:**

The Automatic Stay of all proceedings, as provided under 362 of the Bankruptcy Code 11 U.S.C. 362, is modified with respect to the real property located at 816 Church Lane, Lansdowne, Delaware County, Pennsylvania, bearing folio no. 48-00-00970-00 to allow the Movant to sell said real property pursuant to the Pennsylvania Real Estate Tax Sale Law and to take any legal or consensual action for enforcement of its right to such sale.

BY THE COURT:

Date: May 24, 2024

_____
ASHELY M. CHAN, JUDGE
UNITED STATES BANKRUPTCY COURT