UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Leonard J. Jones,                    : Chapter 13

           Debtor                    : Case No. 21-12428-amc

ORDER

AND NOW, it is hereby ORDERED that the corresponding Stipulation resolving the Motion for Relief filed by the Delaware County Tax Claim Bureau regarding the property known as 816 Church Lane, Lansdowne, Delaware County, Pennsylvania, bearing folio no. 48-00-00970-00, is hereby APPROVED.

_____
ASHELY M. CHAN,
CHIEF US BANKRUPTCY JUDGE

Dated: Aug. 29, 2024

**Lawrence S. Rubin**
**Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com