UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Leonard J. Jones,              : Chapter 13
                    Debtor     : Case No. 21-12428-amc

### ORDER

**AND NOW,** upon the filing of a Certification of Default of Stipulation of Settlement by the Moving Party in accordance with the Stipulation of the parties approved by this Court on August 23, 2023, at Doc. 73, it is hereby **ORDERED:**

The Automatic Stay of all proceedings, as provided under 362 of the Bankruptcy Code 11 U.S.C. 362, is modified with respect to the real property located at 816 Church Lane, Lansdowne, Delaware County, Pennsylvania, bearing folio no. 48-00-00970-00 to allow the Movant to sell said real property pursuant to the Pennsylvania Real Estate Tax Sale Law and to take any legal or consensual action for enforcement of its right to such sale.

BY THE COURT:

Dated: April 29, 2025

_____
**CHIEF JUDGE ASHELY M. CHAN,**
**UNITED STATES BANKRUPTCY COURT**