United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 21-12428-amc

Leonard Jones    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2
Date Rcvd: Apr 29, 2025      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 01, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Leonard Jones, 816 Church Lane, Lansdowne, PA 19050-3604 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 29, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2 bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Yeadon jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAWRENCE S. RUBIN | on behalf of Debtor Leonard Jones echo@pennlawyer.com foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com |
| NICHOLAS FRANCIS BORSUK | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2 nborsuk@eckertseamans.com |
| STEPHEN VINCENT BOTTIGLIERI | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 29, 2025 | Form ID: pdf900 | Total Noticed: 1

on behalf of Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com  ToscaniStathesZoellerLLC@jubileebk.net

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Leonard J. Jones,  : Chapter 13
          Debtor  : Case No. 21-12428-amc

## ORDER

**AND NOW,** upon the filing of a Certification of Default of Stipulation of Settlement by the Moving Party in accordance with the Stipulation of the parties approved by this Court on August 23, 2023, at Doc. 73, it is hereby **ORDERED:**

The Automatic Stay of all proceedings, as provided under 362 of the Bankruptcy Code 11 U.S.C. 362, is modified with respect to the real property located at 816 Church Lane, Lansdowne, Delaware County, Pennsylvania, bearing folio no. 48-00-00970-00 to allow the Movant to sell said real property pursuant to the Pennsylvania Real Estate Tax Sale Law and to take any legal or consensual action for enforcement of its right to such sale.

BY THE COURT:

Dated: April 29, 2025

_____
**CHIEF JUDGE ASHELY M. CHAN,
UNITED STATES BANKRUPTCY COURT**