United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Leonard Jones  
    Debtor

Case No. 21-12428-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Oct 16, 2025      Form ID: pdf900      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Leonard Jones, 816 Church Lane, Lansdowne, PA 19050-3604 |
| 14634085 | + | 1st Keystone Fed S & L, 22 W State St, Media, PA 19063-3361 |
| 14634087 | + | 1st Ntl Bk Of Chester, 9 N High St, West Chester, PA 19380-3002 |
| 14634088 | + | 5th/3rd Bank/sponsored, 5050 Kingsley Dr # Md1Mo, Cincinnati, OH 45227-1115 |
| 14634089 | + | A-1 Collections Svc, 101 Grovers Mill Rd Ste, Lawrenceville, NJ 08648-4706 |
| 14634096 | | ABC Bail Bonds, 434 Dr. Martin Luther King Blvd, Camden, NJ 08105 |
| 14634100 | + | ABN-AMRO Mortgage, 2600 W Big Beaver Rd, Troy, MI 48084-3309 |
| 14634090 | + | Aa/cbsd, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 14634095 | + | Aarow Financial Services (original Credi, 5996 W Touhy Ave, Niles, IL 60714-4610 |
| 14634101 | | Acs/dept Of Ed, C/O Acs, Utica, NY 13501 |
| 14649369 | + | Borough of Yeadon, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14649370 | + | Borough of Yeadon, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14634103 | | Delaware County Tax Claim, Self Tax Collection, Govt Center, 201 W, Media, PA 19063 |
| 14641210 | + | Delaware County Tax Claim Bureau, c/o Stephen V. Bottiglieri, Esquire, 230 N. Monroe Street, Media, PA 19063-2908 |
| 14715430 | + | Deutsche Bank National Trust Co., c/o Nicholas F. Borsuk, Eckert Seamans Cherin & Mellott, LLC, 600 Grant Street-44th Floor, Pittsburgh PA 15219-2713 |
| 14634949 | + | Deutsche Bank National Trust Company, as Trustee,, c/o Rebecca Solarz, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 17 2025 00:45:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 17 2025 00:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: RASEBN@raslg.com | Oct 17 2025 00:45:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14634084 | + | Email/Text: bankruptcynotice@1fbusa.com | Oct 17 2025 00:45:00 | 1st Financial Bk Usa, 363 W Anchor Dr, North Sioux Ci, SD 57049-5154 |
| 14634091 | + | Email/Text: BankruptcyNotices@aafes.com | Oct 17 2025 00:45:00 | AAFES, POB 650038, Dallas, TX 75265-0038 |
| 14634092 | + | Email/Text: aargon@ebn.phinsolutions.com | Oct 17 2025 00:45:00 | Aargon Collection Agency, 3025 West Sahara Ave, Las Vegas, NV 89102-6094 |
| 14634093 | + | Email/Text: bankruptcynotices@aarons.com | Oct 17 2025 00:45:00 | Aaron Sales & Lease Ow, Attn: Bankruptcy 2800 Canton Road, Marietta, GA 30066-5471 |
| 14634094 | + | Email/Text: bankruptcynotices@aarons.com | Oct 17 2025 00:45:00 | Aarons Sales & Lease Ownership, 2300 W Passyunk Ave, Philadelphia, PA 19145-4123 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 16, 2025 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14634097 | + | Email/Text: mnapoletano@ars-llc.biz | Oct 17 2025 00:45:00 | Ability Recovery Servi, PO Box 4031, Wyoming, PA 18644-0031 |
| 14634102 | | Email/Text: caineweiner@ebn.phinsolutions.com | Oct 17 2025 00:45:32 | CAINE & WEINER, PO Box 55848, Van Nuys, CA 91411 |
| 14864569 | + | Email/Text: RASEBN@raslg.com | Oct 17 2025 00:45:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY, c/o Shellie Labell, Robertson, Anschutz, Schneid,, Crane & Partners, LLC, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14641013 | + | Email/Text: duffyk@co.delaware.pa.us | Oct 17 2025 00:45:00 | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |
| 14864394 | + | Email/Text: RASEBN@raslg.com | Oct 17 2025 00:45:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 14649479 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 17 2025 00:45:00 | Deutsche Bank National Trust Company, at. El, Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14634104 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 17 2025 00:45:00 | Jefferson Capital, 16 McLeland Rd, Saint Cloud, MN 56303 |
| 14637976 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 17 2025 00:56:18 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14634105 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 17 2025 00:56:16 | Merrick Bank, pob 9201, Old Bethpage, NY 11804-9001 |
| 14634106 | + | Email/Text: bncnotifications@pheaa.org | Oct 17 2025 00:45:00 | PHFA-Hemap, pob 2461, Harrisburg, PA 17105-2461 |
| 14634107 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 17 2025 00:45:00 | select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14634086 | | 1st Keystone Fed Sav |
| 14634098 | | Abington Bank |
| 14634099 | | Abn Amro Mortgage Grou |
| cr | *+ | Borough of Yeadon, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| NONE | *+ | Delaware County Tax Claim Bureau, Government Center, 201 W. Front Street, Media, PA 19063-2708 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2025    Signature:    /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 16, 2025 | Form ID: pdf900 | Total Noticed: 35

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2 bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Borough of Yeadon jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LAWRENCE S. RUBIN | on behalf of Debtor Leonard Jones echo@pennlawyer.com foxtrot@pennlawyer.com;7272@notices.nextchapterbk.com |
| NICHOLAS FRANCIS BORSUK | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, in trust for registered Holders of Long Beach Mortgage Loan Trust 2005-2, Asset-Backed Certificates, Series 2005-2 nborsuk@eckertseamans.com |
| STEPHEN VINCENT BOTTIGLIERI | on behalf of Delaware County Tax Claim Bureau sbottiglieri@tszlegal.com ToscaniStathesZoellerLLC@jubileebk.net |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:  
    LEONARD JONES

    Debtor

Chapter 13

Bankruptcy No. 21-12428-AMC

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: October 15, 2025**

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge